# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2011

142816 & (19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BRUCE M. GOOEL,
        Plaintiff-Appellee,

v

OFFICE OF FINANCIAL AND INSURANCE
REGULATION,
        Defendant-Appellant.
_____/

SC: 142816
COA: 299842
Ingham CC: 09-000992-AA

On order of the Court, the application for leave to appeal the February 15, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court. The motion for stay pending appeal is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2011

_____
Clerk

h0628